Certificate Number: 01401-NJ-DE-033548654

Bankruptcy Case Number: 19-27787



01401-NJ-DE-033548654

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 14, 2019</u>, at <u>10:26</u> o'clock <u>AM EDT</u>, <u>Maria McNeary</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  October 14, 2019            By:  /s/Jeremy  Lark

                                   Name: Jeremy  Lark

                                   Title: FCC Manager