UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Maria McNeary

Case No.: 19-27787
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __January 7, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
336 Tiller Avenue
Beachwood, New Jersey
valued at $200,000.00

Liens on property:
Mr. Cooper, $168,968.00
costs of sale estimated at 10%, or $20,000.00

Amount of equity claimed as exempt: $25,100.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Maria McNeary  
    Debtor

Case No. 19-27787-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Nov 26, 2019  
　　　　　　　　　　　　Form ID: pdf905　　Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.
```
db              Maria McNeary,    336 Tiller Ave,   Beachwood, NJ  08722-2731
518465125       Fed Loan Servicing,   US Department of Education,   PO Box 69184,   Harrisburg, PA  17106-9184
518465126       Genesis FS Card Services/Home Improver,   PO Box 4477,   Beaverton, OR  97076-4401
518465127       Mr. Cooper,    8950 Cypress Waters Blvd,   Coppell, TX  75019-4620
518465129       Raso & Cohen Gastroenterolog,   129 Route 37 W Ste 4,   Toms River, NJ  08755-6435
518465130       TBOM Retail,   PO Box 4499,   Beaverton, OR  97076-4499
518465131       Wells Fargo Auto,   PO Box 29710,   Phoenix, AZ  85038-9710
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 27 2019 00:24:01     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 27 2019 00:23:59     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
518465123       E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 00:28:58     Care credit/Synchrony Bank,
                 PO Box 960061,   Orlando, FL  32896-0061
518465124       E-mail/PDF: creditonebknotifications@resurgent.com Nov 27 2019 00:30:09     Credit One Bank,
                 PO Box 60500,   City of Industry, CA  91716-0500
518465128       E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 00:30:48     Old Navy/ Synchrony Bank,
                 PO Box 530942,   Atlanta, GA  30353-0942
518467097      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 00:28:56     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:
```
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kurt E. Reinheimer    on behalf of Debtor Maria  McNeary kerrein66@comcast.net,
               G1659@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```